UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: COMBINED WORLD TRADE CENTER AND      21 MC 103 (AKH)
LOWER MANHATTAN DISASTER SITE LITIGATION
(straddler plaintiffs)
------------------------------------------------------------------X      08 CV 2291

JUAN MENDEZ AND KAREEN MENDEZ,

        Plaintiff,

                                                   NOTICE OF
-against-                                           ADOPTION OF
                                                   ANSWER TO
7 WORLD TRADE COMPANY, L.P., et al.,        MASTER
                                                   COMPLAINT
        Defendants.
------------------------------------------------------------------X

     PLEASE TAKE NOTICE THAT defendant 120 Liberty Street, LLC, as and for its responses to the allegations set forth in the Complaint by Adoption ("Straddler" Check-Off Complaint) related to the Master Complaints filed in the above-referenced action, hereby adopts its Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of In re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

     To the extent that defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above captioned matter, defendant denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

PLEASE TAKE FURTHER NOTICE, that defendant 120 Liberty Street, LLC reserves the right to serve a reply to cross-claim and/or interpose a cross-claim against any and all co-defendants.

WHEREFORE, defendant 120 Liberty Street, LLC demands judgment dismissing the above-captioned action as against it together with its costs and disbursements.

Dated:   June 18, 2008
         Melville, New York

                                        YOURS, etc.,

                                        _____
                                        MARGARET HERRMANN (MH3676)
                                        LAWRENCE, WORDEN, RAINIS & BARD, P.C.
                                        Attorneys for Defendant 120 LIBERTY STREET, LLC
                                        425 Broad Hollow Road, Suite 120
                                        Melville NY  11747
                                        (631) 694-0033

TO:   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorneys for Plaintiff
      115 Broadway, 12th Fl.
      New York NY  10006
      (212) 267-3700

      DEFENSE COUNSEL SERVED ELECTRONICALLY

## VERIFICATION OF MAILING

      HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On June 25, 2008, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

Hon. Alvin K. Hellerstein, U.S. District Judge
U.S. District Court, Southern District of NY
United States Courthouse
500 Pearl Street, Room 1050
New York NY  10007
**COURTESY COPY**

      that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
25th day of June, 2008

_____
Notary Public

ANNE MARIE CIULLO
Notary Public, State of New York
No. 01CI4819199
Qualified in Suffolk County
Commission Expires April 30, 2010

3

**VERIFICATION OF MAILING**

HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On June 25, 2008, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff
115 Broadway, 12th Fl.
New York NY 10006
(212) 267-3700

that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
25th day of June, 2008

_____
Notary Public

ANNE MARIE CIULLO
Notary Public, State of New York
No. 01CI4819199
Qualified in Suffolk County
Commission Expires April 30, 2010

4